# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00260-CV

**Leslie Harris, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 06-0436, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 10, 2007, this Court notified Leslie Harris that the district court had granted her appointed counsel's motion to withdraw and determined that Harris did not wish to prosecute this appeal. We informed Harris that if she did not respond to this notice by October 22, 2007, we would dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). The deadline has passed and Harris has not responded. Accordingly, we dismiss this appeal for want of prosecution.

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed: January 17, 2008